| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **STEPHEN R. WADE**<br>**400 North Mountain Ave., #214B**<br>**Upland, CA 91786**<br>**909-985-6500 Fax:909-985-2865**<br>CA State Bar Number: **79219** | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |

| In re:<br><br>     **Franklin Pacific Finance, LLLP**<br><br>                                                              Debtor. | CHAPTER 11<br><br>CASE NUMBER **LA 2:10-30727 VZ**<br><br>                    (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR PARTNERSHIPS FILING CHAPTER 11
### (Required by General Order 97-02)

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State *(from Form LP1, LP5, or GP1)*:
      **429 Santa Monica Blvd., Suite 625, Santa Monica, CA  90401**

2.    Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:
      **429 Santa Monica Blvd., Suite 625, Santa Monica, CA  90401**

3.    Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):
      **429 Santa Monica Blvd., Suite 625, Santa Monica, CA  90401**

4.    Disclose the current business address(es) where the Debtor's books and records are located:
      **429 Santa Monica Blvd., Suite 625, Santa Monica, CA  90401**

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
      **Various locations**

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
      **201 Santa Monica Blvd., Suite 680, Santa Monica, CA  90401**

7.    State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the debtor *(specify)*:
      **Stephanos J. Collias, President, 429 Santa Monica Blvd., Suite 625, Santa Monica, CA  90401**

8.    Total number of attached pages of supporting documentation: ___

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.                     **VEN-P**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                      Best Case Bankruptcy

Case 2:10-bk-30727-VZ    Doc 13    Filed 06/07/10    Entered 06/07/10 18:16:58    Desc
Main Document    Page 2 of 42
Venue Disclosure Form for Partnerships Filing Chapter 11 - Page 2

**VEN-P**

| In re | | CHAPTER 11 |
|---|---|---|
| **Franklin Pacific Finance, LLLP** | | |
| | Debtor. | CASE NUMBER **LA 2:10-30727 VZ** |

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on 6-3-10, at Upland, California.

**Stephanos J. Collias**
_____
*Type Name of General Partner*

_____
*Signature of Declarant*

**President**
_____
*Title of Declarant (if any)*

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

**VEN-P**

Best Case Bankruptcy

## AUTHORIZATION OF CORPORATION TO FILE PETITION

I, Stephanos J. Collias, do certify and attest to the fact that I am the President of Franklin Pacific Finance, LLLP.  That as President, I have the authority to authorize the filing of a petition in bankruptcy on behalf of Franklin Pacific Finance, LLLP, and that upon a meeting duly held, such authorization was granted to me to execute such documents and perform such acts as are required to effectuate the filing of a petition under Chapter 11 of the Bankruptcy Code on behalf of Franklin Pacific Finance, LLLP.

I hereby declare under penalty of perjury that the foregoing is true and correct. Execute this 3rd day of June, 2010 at Upland, California.

_____
STEPHANOS J. COLLIAS

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **STEPHEN R. WADE**<br>**400 North Mountain Ave., #214B**<br>**Upland, CA 91786**<br>**909-985-6500 Fax: 909-985-2865**<br>California State Bar Number: **79219**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    **Franklin Pacific Finance, LLLP** | CASE NO.: LA 2:10-30727 VZ<br>ADV. NO.:<br>CHAPTER:    11 |
|---|---|
| <div align="right">Debtor(s),</div><div align="right">Plaintiff(s),</div><div align="right">Defendant(s).</div> | |

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **STEPHEN R. WADE 79219**                          , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ■ I am the attorney for the debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of
        the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____                    _____6-7-10_____
Signature of Attorney or Declarant                              Date

**STEPHEN R. WADE 79219**
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: **LA 2:10-30727 VZ** |
|---|---|
| **Franklin Pacific Finance, LLLP** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **50,000.00** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **25,000.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date    6-7-10

STEPHEN R. WADE 79219
Signature of Attorney
THE LAW OFFICES OF STEPHEN R. WADE
Name of Law Firm
400 North Mountain Ave., #214B
Upland, CA 91786
909-985-6500  Fax: 909-985-2865

---

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Franklin Pacific Finance, LLLP**_____,

Debtor

Case No.  **LA 2:10-30727 VZ**_____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 10,100,000.00 | | |
| B - Personal Property | Yes | 4 | 21,393,584.17 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 15,671,101.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 80,258.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 31,493,584.17 | | |
| Total Liabilities | | | | 15,751,359.89 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re **Franklin Pacific Finance, LLLP**

Debtor

Case No. **LA 2:10-30727 VZ**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Franklin Pacific Finance, LLLP**                                    Case No.    **LA 2:10-30727 VZ**
_____
                              Debtor

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Retail Property**<br>**Villages at Pinnacle Peak, Building 5**<br>**10452 East Jomax Road**<br>**Scottsdale, AZ  85262** | **Fee Simple** | - | 1,200,000.00 | 800,000.00 |
| **Shalamar  Apartments (162 Units)**<br>**1640 Aquarena Springs Drive**<br>**San Marcos, TX  78666**<br>**Hays County** | **Fee Simple** | - | 6,300,000.00 | 3,525,000.00 |
| **sfr**<br>**6789 N. National Drive**<br>**Parkville, MO  61452**<br>**Platte County** | **Fee Simple** | - | 950,000.00 | 660,000.00 |
| **sfr**<br>**220 21st Place**<br>**Manhattan Beach, CA  90266**<br>**Los Angeles County** | **Fee Simple** | - | 1,650,000.00 | 1,405,922.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **10,100,000.00** | (Total of this page) |
| Total > | **10,100,000.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Franklin Pacific Finance, LLLP**                                    Case No.    **LA 2:10-30727 VZ**
_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **FPF Business Checking, Acct.# x7942 Wells Fargo Bank** | - | 25,478.00 |
| | | | **FPF Business Account Acct.# x2188 Wells Fargo Bank** | - | 431,278.00 |
| | | | **FPF Business Account Acct.# x3816 Wells Fargo Bank** | - | 51,991.00 |
| | | | **FPF Sunset Crossing Reserve, Acct.# x9539** | - | 48,131.00 |
| | | | **Shalamar Apartments Acct.# x0235 Wells Fargo Bank** | - | 33,049.83 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit with landlord 429 Santa Monica Blvd Suite 625** | - | 9,023.28 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > | 598,951.11 |
|---|---|---|
|  | (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Franklin Pacific Finance, LLLP**                                    Case No.   **LA 2:10-30727 VZ**
                                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **2nd Street Commons LP 75% General Partnership** | - | 1,528,432.00 |
| | | **Aviation Applications, LLC 85% Limited Partnership Interest** | - | 361,660.00 |
| | | **FPF Oak Trails, LP 100%** | - | 2,957,073.00 |
| | | **beneficial ownership in HC Finance LLLP** | - | Unknown |
| | | **beneficial ownership in Park 3000, LLC** | - | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Drawbridge Inn loaned to Receiver Morris Lasky** | - | 40,000.00 |
| | | **Shalamar Rents owed** | - | 3,851.06 |

|  | Sub-Total > (Total of this page) | 4,891,016.06 |
|---|---|---|

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Franklin Pacific Finance, LLLP**                                   Case No.    **LA 2:10-30727 VZ**
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Note Receivable from Drawbridge Inn LLC secured by Drawbridge Inn hotel Fort Mitchell, KY** | - | 8,429,826.00 |
| | | **Note Receivable from Sunset Crossing secured by Sunset Crossing Retail Center San Angelo, TX** | - | 5,842,340.00 |
| | | **Note Receivable from Southern Data Systems Secured by UCC-1 on personal property** | - | 31,827.00 |
| | | **Note Receivable from Lou Marson Secured by Deed of Trust sfr in Phoenix AZ** | - | 440,000.00 |
| | | **Short Term Loan to Bentley Investments, LLC (repaid post-petition)** | - | 500,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

                                                            Sub-Total >        **15,243,993.00**
                                                          (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Franklin Pacific Finance, LLLP**                                   Case No.  **LA.2:10-30727 VZ**
                                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office funiture, computers, printers, supplies See Attachment B-28 | | 20,069.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Theater Equipment leased to Metro Cinemas Colleyville, TX | | 639,555.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 659,624.00 |
| Total > | 21,393,584.17 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Franklin Pacific Finance          Ch 11          LA 2:10-30727 VZ

| | |
|---|---:|
| Xerox WorkCentre Pro 416 | $200 |
| Computer | 41 |
| Cable Telephone | 146 |
| Computer Equipment1 | 62 |
| Chair & computer | 538 |
| Computer for Steve | 579 |
| Computers for Office | 603 |
| Scanner | 265 |
| Computer keyboard and mouse | 42 |
| Marc's laptop | 1,764 |
| White Boards for Marc and Justin's office | 504 |
| Knoll keyboard Tray | 114 |
| Steve's new computer | 392 |
| Justin's monitor | 108 |
| Printer for Steve | 55 |
| Color Printer | 335 |
| iPod for answering machine | 183 |
| Nien Kamper office furniture | 658 |
| System source office furniture | 4,438 |
| System source office furniture | 1,948 |
| Design within reach office furniture | 380 |
| System source office furniture | 206 |
| Stephen J. Collias office furniture | 427 |
| System source office furniture | 258 |
| System source office furniture | 159 |
| Mark's filing cabinet | 111 |
| Reception Desk | 1,220 |
| Reception desk (30%) | 714 |
| 2 Knoll chairs | 1,308 |
| Sofa for Mike's office from Crate & Barrel | 1,206 |
| Remaining balance for reception desk | 605 |
| Misc. Office supplies | 400 |

B6D (Official Form 6D) (12/07)

In re   **Franklin Pacific Finance, LLLP**                                    ,          Case No.   **LA 2:10-30727 VZ**

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx8856 <br><br> **Bank Midwest, N.A.** <br> **100 Main** <br> **Kansas City, MO 64196-6458** | X | - | 6-20-06 <br><br> UCC-1 <br><br> **Theater Equipment leased to Metro Cinemas** <br> **Colleyville, TX** | | | | | |
| | | | Value $          639,555.00 | | | | 167,089.00 | 0.00 |
| Account No. xxxxxx7530 <br><br> **Bank Midwest, N.A.** <br> **100 Main** <br> **Kansas City, MO 64196-6458** | | | 3-20-07 <br><br> **Deed of Trust** <br><br> sfr <br> **6789 N. National Drive** <br> **Parkville, MO  61452** <br> **Platte County** | | | | | |
| | | | Value $          950,000.00 | | | | 660,000.00 | 0.00 |
| Account No. xxxxx6081 <br><br> **Bank Midwest, N.A.** <br> **100 Main** <br> **Kansas City, MO 64196-6458** | | - | 5-12-05 <br><br> **Deed of Trust** <br><br> **Retail Property** <br> **Villages at Pinnacle Peak, Building 5** <br> **10452 East Jomax Road** <br> **Scottsdale, AZ  85262** | | | | | |
| | | | Value $        1,200,000.00 | | | | 800,000.00 | 0.00 |
| Account No. xxxxx9210 <br><br> **Bank Midwest, N.A.** <br> **100 Main** <br> **Kansas City, MO 64196-6458** | | - | 12-19-07 <br><br> **Deed of Trust** <br><br> **Shalamar  Apartments (162 Units)** <br> **1640 Aquarena Springs Drive** <br> **San Marcos, TX  78666** <br> **Hays County** | | | | | |
| | | | Value $        6,300,000.00 | | | | 3,525,000.00 | 0.00 |
| 1   continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 5,152,089.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Franklin Pacific Finance, LLLP**                                      Case No.   **LA 2:10-30727 VZ**
_____,
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.<br><br>**Bank Midwest, N.A.**<br>**100 Main**<br>**Kansas City, MO 64196-6458** | - | | | | **Note Receivable from Drawbridge Inn LLC**<br>**secured by Drawbridge Inn hotel**<br>**Fort Mitchell, KY**<br><br>Value $          **8,429,826.00** | | | | **5,226,090.00** | **0.00** |
| Account No.<br><br>**Bank Midwest, N.A.**<br>**100 Main**<br>**Kansas City, MO 64196-6458** | - | | | | **Note Receivable from Sunset Crossing**<br>**secured by Sunset Crossing Retail Center**<br>**San Angelo, TX**<br><br>Value $          **5,842,340.00** | | | | **3,807,368.00** | **0.00** |
| Account No. **xxxx7421**<br><br>**Colette Franklin Tax Assessor**<br>**3075 Mustang Dr.**<br>**Grapevine, TX 76051** | - | | | | **various**<br><br>**personal property taxes**<br><br>**Theater Equipment leased to Metro Cinemas**<br>**Colleyville, TX**<br>Value $          **639,555.00** | | | | **79,632.00** | **0.00** |
| Account No. **xxxxxx1388**<br><br>**Washington Mutual Bank, NA (Chase)**<br>**POBox 78148**<br>**Phoenix, AZ 85062-8148** | - | | | | **1-25-08**<br>**First Mortgage**<br>**sfr**<br>**220 21st Place**<br>**Manhattan Beach, CA  90266**<br>**Los Angeles County**<br>Value $          **1,650,000.00** | | | | **1,045,922.00** | **0.00** |
| Account No. **xxxxxx3763**<br><br>**Washington Mutual Bank, NA (Chase)**<br>**POBox 78148**<br>**Phoenix, AZ 85062-8148** | - | | | | **1-25-08**<br>**Second Mortgage**<br>**sfr**<br>**220 21st Place**<br>**Manhattan Beach, CA  90266**<br>**Los Angeles County**<br>Value $          **1,650,000.00** | | | | **360,000.00** | **0.00** |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **10,519,012.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **15,671,101.00** | **0.00** |

B6E (Official Form 6E) (4/10)

In re    **Franklin Pacific Finance, LLLP**                                      ,    Case No.    **LA 2:10-30727 VZ**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Franklin Pacific Finance, LLLP**                                      Case No.    **LA 2:10-30727 VZ**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **Shalamar**<br><br>**A & M Cleaning**<br>**193 Valero Drive**<br>**San Marcos, TX 78666** | | - | | | Trade debt | | | | 405.94 |
| Account No.<br><br>**Bonnett, Fairbourn, Freedman etc.**<br>**2901 N. Central Ave**<br>**Suite 1000**<br>**Phoenix, AZ 85012** | | - | | | various<br>legal services | | | | 8,500.00 |
| Account No. **Shalamar**<br><br>**C&J Painting & Carpet Cleaning**<br>**POBox 200573**<br>**Austin, TX 78720** | | - | | | Trade debt | | | | 3,949.74 |
| Account No. **xx1664**<br><br>**Classified Ventures**<br>**2563 Collections Center Drive**<br>**Chicago, IL 60693** | | - | | | Trade debt | | | | 528.00 |
| **4**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 13,383.68 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:35655-100407    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Franklin Pacific Finance, LLLP**                          Case No.    LA 2:10-30727 VZ
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Shalamar**<br><br>Cleaning Network<br>POBox 41975<br>Austin, TX 78704 | | - | | | Trade debt | | | | 952.00 |
| Account No. **Shalamar**<br><br>Cowboys Painting<br>15405 Connie Street, #B<br>Austin, TX 78728 | | - | | | Trade debt | | | | 4,687.29 |
| Account No. **Shalamar**<br><br>CSN Support Services<br>252 McGarity<br>Kyle, TX 78640 | | - | | | Trade debt | | | | 276.04 |
| Account No.<br><br>Enbody, Inc.<br>14431 Ventura Blvd<br>Suite 269<br>Sherman Oaks, CA 91423 | | - | | | various<br>Consulting Services | | | | 3,000.00 |
| Account No. **Shalamar**<br><br>Frank's Painting<br>110 N 1H 35<br>Suite 315-189<br>Round Rock, TX 78664 | | - | | | Trade debt | | | | 3,537.40 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                12,452.73
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Franklin Pacific Finance, LLLP**                                          Case No. __LA 2:10-30727 VZ__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Shalamar** <br><br> **Green Grass** <br> **5333 Randolph Blvd.** <br> **San Antonio, TX 78233** | - | | Trade debt | | | | 1,196.90 |
| Account No. **Shalamar** <br><br> **Greensheet** <br> **POBox 140721** <br> **Austin, TX 78704** | - | | Trade debt | | | | 560.00 |
| Account No. **xxx6493** <br><br> **HD Supply Facilities Maint. Group** <br> **10641 Scripps Summit Court** <br> **San Diego, CA 92131** | - | | Trade debt | | | | 4,285.44 |
| Account No. **Shalamar** <br><br> **J4 Development** <br> **2808 Longhorn Blvd., Suite 306** <br> **Austin, TX 78758** | - | | Trade debt | | | | 757.12 |
| Account No. **x3827** <br><br> **Premium Cuts Lawn Svc & Maint.** <br> **POBox 820108** <br> **Austin, TX 78708** | - | | Trade debt | | | | 3,957.88 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 10,757.34 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Franklin Pacific Finance, LLLP**                                              Case No. __LA 2:10-30727 VZ__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Shalamar** <br><br> **Rasa Floors** <br> **POBox 619130** <br> **Dallas, TX 75261** | - | | Trade debt | | | | 26,799.50 |
| Account No. <br><br> **SAA Architects** <br> **6083 Bristol Parkway** <br> **Culver City, CA 90230** | - | | **various architectural services** | | | | 3,500.00 |
| Account No. **Shalamar** <br><br> **South Central Texas Apt. Blue Book** <br> **112 West Hopkins Street** <br> **San Marcos, TX 78666** | - | | Trade debt | | | | 2,405.00 |
| Account No. **Shalamar** <br><br> **Sunset Carpet Care** <br> **POBox 142342** <br> **Austin, TX 78714** | - | | Trade debt | | | | 97.38 |
| Account No. **xx9488** <br><br> **Wilmar** <br> **POBox 404284** <br> **Atlanta, GA 30384** | - | | Trade debt | | | | 1,504.73 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,306.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **Franklin Pacific Finance, LLLP**                                    Case No.  **LA 2:10-30727 VZ**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8868**<br><br>**Worldwide Pest Control**<br>**5808 1H 10 West**<br>**San Antonio, TX 78201** | - | | Trade debt | | | | **161.11** |
| Account No.<br><br>**Wyndelts & Gagnon**<br>**4800 N. Scottsdale Rd.**<br>**Suite 1400**<br>**Scottsdale, AZ 85251** | - | | various<br>accounting services | | | | **9,197.42** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **9,358.53** |
| Total<br>(Report on Summary of Schedules) | **80,258.89** |

B6G (Official Form 6G) (12/07)

In re __Franklin Pacific Finance, LLLP__                                    Case No. __LA 2:10-30727 VZ__
                                                 Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **ANB Special Assets LLC**<br>**102 W. Moore Ave.**<br>**Terrell, TX 75160** | **Lease for Theater Equipment**<br>**UCC-1**<br>**Colleyville, TX** |
| **CA-429 Santa Monica Limited**<br>**Partnership**<br>**DE** | **Landlord of 429 Santa Monica Blvd.**<br>**(5-1-10) 9-1-10 to 8-31-15** |
| **Capstone Management**<br>**210 Barton Springs Rd.**<br>**Suite 300**<br>**Austin, TX 78704** | **Real Estate Managment**<br>**Shalamar Apartments** |
| **Century 21 All-Pro**<br>**6789 N. National Dr.**<br>**Kansas City, MO 64152** | **broker listing agreement**<br>**sfr @ 6789 N. National Dr.**<br>**Kansas City, MO** |
| **Integrated Data**<br>**220 21st Place**<br>**Manhattan Beach, CA 90266** | **lease of sfr**<br>**220 21st Place**<br>**Manhattan Beach, CA** |
| **Sandra Green**<br>**6789 N. National Dr.**<br>**Kansas City, MO 64152** | **real property lease**<br>**sfr 6789 N. National Dr.**<br>**Parkville, MO** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Franklin Pacific Finance, LLLP**                                                Case No.    **LA 2:10-30727 VZ**
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary L. Hall**<br>**c/o Cara Hagan**<br>**Hagan & Associates**<br>**110 E. Wilshire Avenue, Suite 405**<br>**Fullerton, CA 92832** | **Bank Midwest, N.A.**<br>**100 Main**<br>**Kansas City, MO 64196-6458** |
| **Stephen J. Collias**<br>**429 Santa Monica Blvd.**<br>**Suite 625**<br>**Santa Monica, CA 90401** | **Bank Midwest, N.A.**<br>**100 Main**<br>**Kansas City, MO 64196-6458** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Franklin Pacific Finance, LLLP**

Debtor(s)

Case No.   LA 2:10-30727 VZ

Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**16**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___6-7-10___                    Signature _____

**Stephanos J. Collias**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re  **Franklin Pacific Finance, LLLP**                                                    Case No.  **LA 2:10-30727 VZ**

                                                              Debtor(s)                      Chapter      **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$888,855.00** | **2010 YTD: Gross Income** |
| **$3,942,528.00** | **2009: Gross Income** |
| **$3,650,602.00** | **2008: Gross Income** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$110,000.00** | **Payment of net cash proceeds from operation of Park 3000, LLC 2010 YTD** |
| **$22,475.00** | **Payment of net cash proceeds from HC Finance, LLLP** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment 3b** | | **$0.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Please see Attachment 3c** | | **$0.00** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# Payments to creditors - 90 days

## A&B Individuals or joint debtors with Primarily Consumer Debt- Non Insiders
### Limited to cumulative amounts greatewr than $5,850

| Name | Address | Date | Amount |
|------|---------|------|--------|
| Adams, Stepner, Woltermann & Dusing | | 05/17/2010 | **(10,000)** |
| Douglas Emmett | | 03/03/2010 | (6,287) |
| Douglas Emmett | | 04/01/2010 | (6,287) |
| | | | **(12,575)** |
| Hagan & Associates | | 03/03/2010 | (8,691) |
| Hagan & Associates | | 04/01/2010 | (9,086) |
| Hagan & Associates | | 05/20/2010 | (12,622) |
| | | | **(30,400)** |
| Hill & Usher | | 04/19/2010 | (2,944) |
| Hill & Usher | | 05/11/2010 | (5,142) |
| | | | **(8,086)** |
| MFS Construction | | 08/03/2009 | **(11,300)** |
| Squire Construction Corporation | | 03/03/2010 | (4,442) |
| Squire Construction Corporation | | 04/22/2010 | (8,797) |
| Squire Construction Corporation | | 05/11/2010 | (977) |
| Squire Construction Corporation | | 05/20/2010 | (1,105) |
| | | | **(15,322)** |
| Stephen R. Wade | | 05/20/2010 | **(25,000)** |
| Drawbridge Inn | | 04/28/2010 | **(40,000)** |
| Wyndelts & Gagnon | | 04/01/2010 | (872) |
| Wyndelts & Gagnon | | 05/10/2010 | (11,413) |
| | | | **(12,285)** |
| Steve and Marc Insurance | | 02/25/2010 | (3,009) |
| Steve and Marc Insurance | | 03/23/2010 | (930) |
| Steve and Marc Insurance | | 04/13/2010 | (2,999) |
| Steve and Marc Insurance | | 04/16/2010 | (204) |
| Steve and Marc Insurance | | 05/10/2010 | (1,052) |
| | | | **(8,194)** |

## C  Insider Payments

| Name | Address | Date | Amount |
|------|---------|------|--------|
| **Steve Collias- Distribution** | | | |
| Steve Collias | 429 Santa Monica Blvd., Suie 625, Santa Monica, CA 90401 | 04/20/2010 | (75,000) |
| **Steve Collias- Salary&Wages** | | | |
| Steve Collias | 429 Santa Monica Blvd., Suie 625, Santa Monica, CA 90401 | | (150,000) |
| Paid bi-weekly | | | |

3b +c

**Steve Collias- Expense Reimbursement**

| | | | |
|---|---|---|---|
| Steve Collias | 429 Santa Monica Blvd., Suie 625, Santa Monica, CA 90401 | 04/15/2010 | (4,801) |
| Steve Collias | 429 Santa Monica Blvd., Suie 625, Santa Monica, CA 90401 | 05/17/2010 | (1,875) |
| | | | **(6,676)** |

**Gary Hall- Distribution**

| | | | |
|---|---|---|---|
| Gary Hall | c/c Cara Hagan, esq., 110 E. Wilshire Ave., Suite 405, Fullerton, ( | 04/20/2010 | (325,000) |

3c

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER **See Attachment 4a** | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

#### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**Litigation schedule**

| Entity | Court | Case Number | Status |
|---|---|---|---|
| Drawbridge | Commonwealth of Kentucky Kenton Circuit Division 3 | 09-C1-02562 | Ongoing- Collection Action including appointment of receiver, collection of guaranty and waste. |
| Grubb | Platte County Missouri Court Division II | 07-AE-CV01605 | Judgment entered- collection |
| Grubb | Los Angeles Superior Court California Sister State | BS 117255 | Judgment entered- collection |
| King Outdoor World | 6th Judicial District San Pete County, Utah | 0606 000003 | Settled |
| Powell | Took Deed in Lieu- foreclosure against first- FPF is on title to property- Sale date May 27, 2010- stayed after filing | | |
| Weir | Northern District of Texas Dallas, Texas | 03-06 CV1683-P | Settled |

4a

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Stephen R. Wade**<br>**400 N. Mountain Ave., Suite 214**<br>**Upland, CA 91786** | **5-20-10** | **$25,000** |

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **See Attachment 10** | | |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**Other Transfers**

| Name and Address of Transferee Relationship to Debtor | Date | Property Transferred and Value Received |
|---|---|---|
| Park 3000, LLC<br>429 Santa Monica Blvd.<br>Suite 625<br>Santa Monica, CA 90401 | Dec -2009 | Transferred from Debtor to Transferee for $0 Consideration<br>Loan was simultaneously refinanced with $0 cash out to Transferee |
| HC Finance, LLLP<br>Same as above | Dec -2009 | Norman Bremer Loan was transferred for $0 Consideration<br>Loan was not subect to any financing<br><br>Gianfranco Motti Loan was transferred for $0 Consideration<br>Loan was not subect to any financing<br><br>Kamp Loan was transferred for $0 Consideration<br>Loan was not subect to any financing |

10

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **See Attachment 14** | | |

### 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **201 Santa Monica Blvd., Suite 680 Santa Monica, CA  90401** | **Franklin Pacific Finance** | |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**Property held for another person**

| Sunset Reserve Accounts (Institution) | Acc# | Balance | Comment |
|---|---|---|---|
| Sunset General Reserve Account (Wells Fargo) | x 9539 | $48,131 | |
| Sunset Checking Account (Bank Midwest) | 204012097 | $170,178 | Taxes and Insurance |
| Sunset MMA Account (Bank Midwest) | 207017669 | $306,794 | Tenant Improvement / Leasing Commissions |
| **Total** | | $525,103 | |
| | | | |
| Shalamar Security Deposits (Wells Fargo)* | | $20,700 | |

*\* Is included within Shalamar Cash Balance of $53,750 per Schedule B - Personal Property.*

14

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
    or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
    the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
    Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
    the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
    docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18 . Nature, location and name of business

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
    partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
    immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
    within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **See Attachment 18** | | | | |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

## 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
    supervised the keeping of books of account and records of the debtor.

# Nature, location and name of business

| Physical Address | EIN # | Nature of Business | Beginning Date | End Date |
|---|---|---|---|---|
| **Debtor** | | | | |
| Franklin Pacific Finance, LLLP<br>429 Santa Monica Blvd., Suite 625<br>Santa Monica CA, 90491 | 20-1654281 | The purpose of the Partnership is to transact any lawful business for which limited partnerships may be organized under the Act, and further to engage in any other business or activity that may be incidental, proper, advisable or convenient to accomplish the foregoing purposes and that is not forbidden by the law of the jurisdiction in which the Partnership engages in such business. Specifically to acquire and manage real estate and loans secured by real estate, equipment, vehicles and business assets, unsecured loans as portfolios or in stand alone transactions. | 9/1/2004 | na |
| **Partnerships with greater than 5% ownership interests** | | | | |
| Franklin Finance Inc.<br>429 Santa Monica Blvd., Suite 625<br>Santa Monica CA, 90491 | 20-1654341 | See above | 8/1/2004 | na |
| Aviation Application, LLC<br>15290 N 78th Way, Suite D203<br>Scottsdale, AZ 85260 | 20-8570973 | See above | 3/6/2007 | na |
| FPF Oak Trail, LP<br>2877 S. Paradise Rd., Tower 1 #3033<br>Las Vegas, NV 89109 | 26-1375507 | See above | 11/07/2007 | na |
| 2nd Street Commons, LLP<br>6336 E Doubletree Ranch Rd<br>Paradise Valley, AZ 85253 | 26-0797704 | See above | 8/28/2007 | na |
| HC Finance, LLLP<br>4201 N 20TH ST #25<br>Phoenix AZ 85016 | 27-1322662 | See above | 6/18/2009 | na |

18

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Wyndelts & Gagnon, PLC** | **Sept. 2004 - present** |

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Franklin Pacific Finance** | |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank Midwest, N.A.**<br>**100 Main**<br>**Kansas City, MO 64196-6458** | **5-12-05 to present** |
| **Wells Fargo Bank, N.A.**<br>**MAC S3902-012**<br>**64 E. Broadway Road**<br>**Tempe, AZ 85282** | **9-1-04 to present** |
| **Equity Office Properties**<br>**Two North Riverside Plaza**<br>**Suite 1200**<br>**Chicago, IL 60606** | **2-22-10 to present** |

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Stephanos J. Collias**<br>**429 Santa Monica Blvd., Suite 625**<br>**Santa Monica, CA 90401** | **Limited Partner, President, Director and Shareholder of General Partner, Franklin Financial, Inc.** | **49.5%** |
| **Gary L. Hall Revocable Trust**<br>**c/o Cara Hagan, Hagan & Associates**<br>**110 E. Wilshire Ave., Suite 405**<br>**Fullerton, CA 92832** | **Limited Partner and Officer, Director and Shareholder of General Partner, Franklin Finance, Inc.** | **49.5** |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Franklin Finance, Inc.**<br>**429 Santa Monica Blvd.**<br>**Suite 625**<br>**Santa Monica, CA 90401** | **General Partner** | **1%** |

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See Attachment 23** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

# Withdrawals from a partnership or distributions by a corporation

| Name | Address | Relationship | Date | Amount | Purpose |
|---|---|---|---|---|---|
| **Steve Collias- Distribution** | | | | | |
| Steve Collias | 429 Santa Monica Blvd., Suie 625, Santa Monica, CA  90401 | Partner | 04/20/2010 | (75,000) | Return of Capital |
| **Steve Collias- Salary&Wages** | | | | | |
| Steve Collias | 429 Santa Monica Blvd., Suie 625, Santa Monica, CA  90401 | | | (150,000) | |
| Paid bi-weekly | | | | | |
| **Gary Hall- Distribution** | | | | | |
| Gary Hall | c/o Cara Hagan, esq., 110 E. Wilshire Ave., Suite 405, Fullerton, C / Partner | | 04/20/2010 | (325,000) | Return of Capital |

23

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____6 - 7 - 10_____          Signature _____

Stephen J. Collias
President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Central District of California

In re    **Franklin Pacific Finance, LLLP**

Debtor

Case No. **LA 2:10-30727 VZ**

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Franklin Finance, Inc.** 429 Santa Monica Blvd Suite 625 Santa Monica, CA 90401 | | 1% | General Partner |
| **Gary L. Hall Revocable Trust** c/o Cara Hagan, Hagan & Associates 110 E. Wilshire Ave., Suite 405 Fullerton, CA 92832 | | 49.5% | Limited Partner |
| **Stephen J. Collas** 621 Georgina Ave. Santa Monica, CA 90402 | | 49.5% | Limited Partner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    6-7-10

Signature _____
Stephen J. Collas
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

| In re:<br>FRANKLIN PACIFIC FINANCE, LLP | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER LA 2:10-30727 VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 400 N. MOUNTAIN AVE., SUITE 214, UPLAND, CA 91786

A true and correct copy of the foregoing document described **VENUE DISCLOSURE STATEMENT; CORPORATION AUTHORIZATION; OWNERSHIP STATEMENT; DISCLOSURE OF COMPENSATION; SUMMARY OF SCHEDULES & STATISTICAL SUMMARY; SCHEDULES; DECLARATION RE SCHEDULES; STATEMENT OF AFFIARS; LIST OF EQUITY SECURITY HOLDERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **6-7-10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Dare Law   dare.law@usdoj.gov
- Hal M Mersel   mark.mersel@bryancave.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Stephen R Wade   dp@srwadelaw.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **6-7-10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Office of the US Trustee<br>725 S. Figueroa St, 16th Floor<br>Los Angeles, CA 90017 | U.S. Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA 90012<br>ATTN: Chambers Copy | U.S. Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA 90012<br>ATTN: Intake, Courtesy Copy |
|---|---|---|

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6-7-10 | D.RILEY | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**