# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | STEPHEN R. WADE | Atty Name (if applicable): | STEPHEN R. WADE |
| Street Address: | 400 North Mountain Ave., #214B Upland, CA 91786 | CA Bar No. (if applicable): | 79219 |
| Filer's Telephone No.: | 909-985-6500 | Atty Fax No. (if applicable): | 909-985-2865 |

In re: Franklin Pacific Finance, LLLP

Case No. LA 2:10-30727 VZ

Chapter 11

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☒ Yes    ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A   ☐ B   ☐ C   ☐ D   ☐ E   ☐ F   ☐ G   ☐ H   ☐ I   ☐ J

☐ Statement of Social Security Number(s)    ☐ Statement of Financial Affairs
☐ Statement of Intention    ☒ Other: 20 Largest; Matrix

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, Stephanos J. Collias, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 6/22/10

Stephanos J. Collias, President
Debtor Signature

**FOR COURT USE ONLY**

Co-Debtor Signature

**SEE PROOF OF SERVICE**

B-1008 Revised November 2003

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Franklin Pacific Finance, LLLP**                    Case No.  **LA 2:10-30727 VZ**
                                          Debtor(s)          Chapter    **11**

## — AMENDED —
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A & M Cleaning<br>193 Valero Drive<br>San Marcos, TX 78666 | A & M Cleaning<br>193 Valero Drive<br>San Marcos, TX 78666 | Trade debt | | 405.94 |
| A Bonnett, Fairbourn, Freedman etc.<br>2901 N. Central Ave<br>Suite 1000<br>Phoenix, AZ 85012 | Bonnett, Fairbourn, Freedman etc.<br>2901 N. Central Ave<br>Suite 1000<br>Phoenix, AZ 85012 | legal services | | 8,500.00 |
| C&J Painting & Carpet Cleaning<br>POBox 200573<br>Austin, TX 78720 | C&J Painting & Carpet Cleaning<br>POBox 200573<br>Austin, TX 78720 | Trade debt | | 3,949.74 |
| Classified Ventures<br>2563 Collections Center Drive<br>Chicago, IL 60693 | Classified Ventures<br>2563 Collections Center Drive<br>Chicago, IL 60693 | Trade debt | | 528.00 |
| Cleaning Network<br>POBox 41975<br>Austin, TX 78704 | Cleaning Network<br>POBox 41975<br>Austin, TX 78704 | Trade debt | | 952.00 |
| Cowboys Painting<br>15405 Connie Street, #B<br>Austin, TX 78728 | Cowboys Painting<br>15405 Connie Street, #B<br>Austin, TX 78728 | Trade debt | | 4,687.29 |
| CSN Support Services<br>252 McGarity<br>Kyle, TX 78640 | CSN Support Services<br>252 McGarity<br>Kyle, TX 78640 | Trade debt | | 276.04 |
| A Enbody, Inc.<br>14431 Ventura Blvd<br>Suite 269<br>Sherman Oaks, CA 91423 | Enbody, Inc.<br>14431 Ventura Blvd<br>Suite 269<br>Sherman Oaks, CA 91423 | Consulting Services | | 3,000.00 |
| Frank's Painting<br>110 N 1H 35<br>Suite 315-189<br>Round Rock, TX 78664 | Frank's Painting<br>110 N 1H 35<br>Suite 315-189<br>Round Rock, TX 78664 | Trade debt | | 3,537.40 |
| Green Grass<br>5333 Randolph Blvd.<br>San Antonio, TX 78233 | Green Grass<br>5333 Randolph Blvd.<br>San Antonio, TX 78233 | Trade debt | | 1,196.90 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Franklin Pacific Finance, LLLP**                                    Case No.  **LA 2:10-30727 VZ**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Greensheet<br>POBox 140721<br>Austin, TX 78704 | Greensheet<br>POBox 140721<br>Austin, TX 78704 | Trade debt | | 560.00 |
| HD Supply Facilities Maint. Group<br>10641 Scripps Summit Court<br>San Diego, CA 92131 | HD Supply Facilities Maint. Group<br>10641 Scripps Summit Court<br>San Diego, CA 92131 | Trade debt | | 4,285.44 |
| J4 Development<br>2808 Longhorn Blvd., Suite 306<br>Austin, TX 78758 | J4 Development<br>2808 Longhorn Blvd., Suite 306<br>Austin, TX 78758 | Trade debt | | 757.12 |
| Premium Cuts Lawn Svc & Maint.<br>POBox 820108<br>Austin, TX 78708 | Premium Cuts Lawn Svc & Maint.<br>POBox 820108<br>Austin, TX 78708 | Trade debt | | 3,957.88 |
| Rasa Floors<br>POBox 619130<br>Dallas, TX 75261 | Rasa Floors<br>POBox 619130<br>Dallas, TX 75261 | Trade debt | | 26,799.50 |
| A  SAA Architects<br>6083 Bristol Parkway<br>Culver City, CA 90230 | SAA Architects<br>6083 Bristol Parkway<br>Culver City, CA 90230 | architectural services | | 3,500.00 |
| South Central Texas Apt. Blue Book<br>112 West Hopkins Street<br>San Marcos, TX 78666 | South Central Texas Apt. Blue Book<br>112 West Hopkins Street<br>San Marcos, TX 78666 | Trade debt | | 2,405.00 |
| Wilmar<br>POBox 404284<br>Atlanta, GA 30384 | Wilmar<br>POBox 404284<br>Atlanta, GA 30384 | Trade debt | | 1,504.73 |
| Worldwide Pest Control<br>5808 1H 10 West<br>San Antonio, TX 78201 | Worldwide Pest Control<br>5808 1H 10 West<br>San Antonio, TX 78201 | Trade debt | | 161.11 |
| A  Wyndelts & Gagnon<br>4800 N. Scottsdale Rd.<br>Suite 1400<br>Scottsdale, AZ 85251 | Wyndelts & Gagnon<br>4800 N. Scottsdale Rd.<br>Suite 1400<br>Scottsdale, AZ 85251 | accounting services | | 9,197.42 |

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name: **STEPHEN R. WADE 79219**

Address: **400 North Mountain Ave., #214B Upland, CA 91786**

Telephone: **909-985-6500 Fax: 909-985-2865**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names used by Debtor(s) within last 8 years: **Franklin Pacific Finance, LLLP** | Case No.: **LA 2:10-30727 VZ** |
|---|---|
| | Chapter: **11** |
| | |

— AMENDED —
## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __3__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **6-22-10**

Stephanos J. Collias/President
Signer/Title

Date: **6-22-10**

Signature of Attorney
STEPHEN R. WADE 79219
THE LAW OFFICES OF STEPHEN R. WADE
400 North Mountain Ave., #214B
Upland, CA 91786
909-985-6500  Fax: 909-985-2865

Franklin Pacific Finance, LLLP
429 Santa Monica Blvd
Suite 625
Santa Monica, CA 90401


STEPHEN R. WADE
THE LAW OFFICES OF STEPHEN R. WADE
400 North Mountain Ave., #214B
Upland, CA 91786


A & M Cleaning
193 Valero Drive
San Marcos, TX 78666


A
A  ANB Special Assets LLC
102 W. Moore Ave.
Terrell, TX 75160


A
A  Bank Midwest, N.A.
100 Main
Kansas City, MO 64196-6458


A
A  Bonnett, Fairbourn, Freedman etc.
2901 N. Central Ave
Suite 1000
Phoenix, AZ 85012


C&J Painting & Carpet Cleaning
POBox 200573
Austin, TX 78720

A   Capstone Management
210 Barton Springs Rd.
Suite 300
Austin, TX 78704

A   Century 21 All-Pro
6789 N. National Dr.
Kansas City, MO 64152

Classified Ventures
2563 Collections Center Drive
Chicago, IL 60693

Cleaning Network
POBox 41975
Austin, TX 78704

A   Colette Franklin Tax Assessor
3075 Mustang Dr.
Grapevine, TX 76051

Cowboys Painting
15405 Connie Street, #B
Austin, TX 78728

CSN Support Services
252 McGarity
Kyle, TX 78640

A   Enbody, Inc.
14431 Ventura Blvd
Suite 269
Sherman Oaks, CA 91423

Frank's Painting
110 N 1H 35
Suite 315-189
Round Rock, TX 78664

A

Gary L. Hall
c/o Cara Hagan
Hagan & Associates
110 E. Wilshire Avenue, Suite 405
Fullerton, CA 92832

Green Grass
5333 Randolph Blvd.
San Antonio, TX 78233

Greensheet
POBox 140721
Austin, TX 78704

HD Supply Facilities Maint. Group
10641 Scripps Summit Court
San Diego, CA 92131

A

Integrated Data
220 21st Place
Manhattan Beach, CA 90266

J4 Development
2808 Longhorn Blvd., Suite 306
Austin, TX 78758

Premium Cuts Lawn Svc & Maint.
POBox 820108
Austin, TX 78708

Rasa Floors
POBox 619130
Dallas, TX 75261

A  SAA Architects
6083 Bristol Parkway
Culver City, CA 90230

A  Sandra Green
6789 N. National Dr.
Kansas City, MO 64152

South Central Texas Apt. Blue Book
112 West Hopkins Street
San Marcos, TX 78666

A  Stephen J. Collias
429 Santa Monica Blvd.
Suite 625
Santa Monica, CA 90401

Sunset Carpet Care
POBox 142342
Austin, TX 78714

A  Washington Mutual Bank, NA (Chase)
POBox 78148
Phoenix, AZ 85062-8148

Wilmar
POBox 404284
Atlanta, GA 30384

Worldwide Pest Control
5808 1H 10 West
San Antonio, TX 78201

A  Wyndelts & Gagnon
4800 N. Scottsdale Rd.
Suite 1400
Scottsdale, AZ 85251

| In re: | CHAPTER 11 |
|---|---|
| FRANKLIN PACIFIC FINANCE, LLP                                Debtor(s). | CASE NUMBER LA 2:10-30727 VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
400 N. MOUNTAIN AVE., SUITE 214, UPLAND, CA 91786

A true and correct copy of the foregoing document described **AMENDED LIST OF 20 LARGEST; AMENDED CREDITOR MATRIX** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **6-22-10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Dare Law    dare.law@usdoj.gov
- Hal M Mersel    mark.mersel@bryancave.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Stephen R Wade    dp@srwadelaw.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **6-22-10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Office of the US Trustee
725 S. Figueroa St, 16th Floor
Los Angeles, CA 90017

U.S. Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012
ATTN: Chambers Copy

U.S. Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012
ATTN: Intake, Courtesy Copy

ANB Special Assets, LLC
102 W. Moore Ave.
Terrell, TX 75160

Bank Midwest, N. A.
100 Main
Kansas City, MO 64196-6458

Bonnett, Fairbourn, Freedman
2901 N. Central Ave., Suite 1000
Phoenix, AZ 85012

Capstone Management

210 Barton Springs Road, Suite 300
Austin, TX 78704

Century 21 All-Pro
6789 N. National Drive
Kansas City, MO 64152

Colette Franklin Tax Assessor
3075 Mustang Drive
Grapevine, TX 76051

Enbody, Inc.
14431 Ventura Blvd., Suite 269

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: | | CHAPTER 11 |
|---|---|---|
| FRANKLIN PACIFIC FINANCE, LLP | Debtor(s). | CASE NUMBER LA 2:10-30727 VZ |

Sherman Oaks, CA  91423

Gary L. Hall
c/o Cara Hagan
Hagan & Associates
110 E. Wilshire Avenue
Suite 405
Fullerton, CA  92832

Integrated Data
220 21st Place
Manhattan Beach, CA  90266

SAA Architects
6083 Bristol Parkway
Culver City, CA  90230

Sandra Green
6789 N. National Drive
Kansas City, MO  64152

Stephen J. Collias
429 Santa Monica Blvd., Suite 625

Santa Monica, CA  90401

Washington Mutual Bank, NA (Chase)
POBox 78148
Phoenix, AZ  85062-8148

Wyndelts & Gognon
4800 N. Scottsdale Road, Suite 1400
Scottsdale, AZ  85251

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6-22-10 | D.RILEY | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**