Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime K. Williams Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (310) 394-5900
Facsimile: (310) 394-9280

**Proposed** Successor Attorneys for
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FRANKLIN PACIFIC FINANCE LLLP,<br><br>Debtor and<br>Debtor in Possession | Case No. 2:10-bk-30727<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE AND MOTION FOR RELIEF FROM STAY AS FILED BY BANK MIDWEST N.A.**<br><br>Date:         July 20, 2010<br>Time:         9:30 a.m. and 11:00 a.m.<br>Location:    Courtroom 1368<br><br>**Proposed Rescheduled Date:  July 27, 2010**<br>**Time:         9:30 a.m. and 11:00 a.m.**<br>**Location:    Courtroom 1368** |

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE:

    This stipulation is made between Franklin Pacific Financial LLP ("Debtor"), Debtor in Possession in the above captioned case, and Bank Midwest N.A., secured creditor (together, the "Parties").

---

STIPULATION TO CONTINUE HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE AS FILED BY BANK MIDWEST

## RECITALS

1. On May 24, 2010 (the "Petition Date"), Applicant filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Code").

2. On June 14, 2010, Bank Midwest N.A. filed is Motion for Relief from Stay, which is currently scheduled for hearing on July 20, 2010 at 9:30 a.m.

3. On June 14, 2010, Bank Midwest N.A. filed its Motion to Appoint Trustee Pursuant to Section 1104 (the "Motion to Appoint Trustee"). The hearing for the Motion to Appoint Trustee is currently scheduled for July 20, 2010 at 11:00 a.m.

4. On July 15, 2010, Debtor decided to substitute Leslie Cohen Law PC into its case as proposed successor bankruptcy counsel for the Debtor. An Application to approve said firm's employment will be filed in the next few days.

5. The Parties understand that proposed successor bankruptcy counsel is unavailable on July 20, 2010 and that additional time is required for proposed successor counsel to become familiar with the case and review the pleadings at issue.

6. The Parties further intend to meet and confer prior to July 27, 2010 in hopes of alleviating the need for additional litigation on this issue and other matters in the bankruptcy case.

## AGREEMENT

1. Based on the foregoing, the Parties hereby stipulate that the hearing on the Motion for Relief from Stay currently scheduled for July 20, 2010 at 9:30 a.m. shall be continued to July 27, 2010 at 9:30 a.m.

2. The Parties further stipulate that the hearing on the Motion to Appoint Trustee currently scheduled for July 20, 2010 at 11:00 a.m. shall be continued to July 27, 2010 at 11 a.m.

IT IS SO STIPULATED.

Dated: July 16, 2010

LESLIE COHEN LAW P.C.

By: */s/ Leslie A. Cohen*
    Leslie A. Cohen

Proposed Successor Attorneys for Debtor and Debtor in Possession

BRYAN CAVE LLP

By: _____
    Sheri Kaneska

Attorneys for Bank Midwest, N.A.

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 506 Santa Monica Blvd. Ste. 200, Santa Monica, California 90401. On July 16, 2010, I served the within document(s) described as:

**STIPULATION TO CONTINUE HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE AS FILED BY BANK MIDWEST N.A.**

on the interested parties in this action as stated on the attached mailing list.

☒ (BY MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ (BY EXPRESS MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and overnight mailing following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail to be sent overnight by the U.S. Postal Service. Under that practice, it would be deposited on that same day in the ordinary course of business, with Express Mail postage thereon fully prepaid, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the U.S. Postal Service for receipt of Express Mail.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, true copies of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

☐ (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

☐ (BY E-MAIL) By transmitting true copies of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2010, at Santa Monica, California.

| J'aime Williams | /s/ J'aime Williams |
|---|---|
| (Type or print name) | (Signature) |

1

# SERVICE LIST

**BY ELECTRONIC NOTICE**

    Sheri Kanesaka    kanesaka@gmail.com
    Dare Law    dare.law@usdoj.gov
    William D May    dp@srwadelaw.com
    Hal M Mersel    mark.mersel@bryancave.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
    Stephen R Wade    dp@srwadelaw.com

**BY MAIL:**

| | |
|---|---|
| Franklin Pacific Finance LLLP<br>429 Santa Monica Blvd., Suite 625<br>Santa Monica, CA 90401 | Green Grass<br>5333 Randolph Blvd.<br>San Antonio, TX 78233 |
| Hon. Vincent Zurzolo<br>US Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 | Greensheet<br>POBox 140721<br>Austin, TX 78704 |
| Dare Law<br>Office of United States Trustee<br>725 S Figueroa Street<br>26th Floor<br>Los Angeles, CA 90017 | HD Supply Facilities Maintenance<br>10641 Scripps Summit Court<br>San Diego, CA 92131<br><br>J4 Development<br>2808 Longhorn Blvd., Suite 306<br>Austin, TX 78758 |
| A&M Cleaning<br>193 Valero Drive<br>San Marcos, TX 78666 | Premium Cuts Lawn Service and Maintenance<br>POBox 820108<br>Austin, TX 78708 |
| C&J Painting & Carpet<br>POBox 200573<br>Austin, TX 78720 | Rasa Floors<br>POBox 619130\|Dallas, TX 75261 |
| Classified Ventures<br>2563 Collections Center Drive<br>Chicago, IL 60693 | South Central Texas Apt. Blue Book<br>112 West Hopkins Street<br>San Marcos, TX 78666 |
| Cleaning Network<br>POBox 41975<br>Austin, TX 78704 | Sunset Carpet Care<br>POBox 142342<br>Austin, TX 78714 |
| Cowboys Painting<br>15405 Connie Street, #B<br>Austin, TX 78728 | Wilmar<br>POBox 404284<br>Atlanta, GA 30384 |
| CSN Support Services<br>252 McGarity<br>Kyle, TX 78640 | Worldwide Pest Control<br>5808 1H 10 West<br>San Antonio, TX 78201 |
| Frank's painting<br>110 N 1H 35<br>Suite 315-189<br>Round Rock, TX 78664 | |