```
1  Leslie A. Cohen, Esq. (SBN: 93698)
        leslie@lesliecohenlaw.com
2  J'aime K. Williams, Esq. (SBN 261148)
        jaime@lesliecohenlaw.com
3  LESLIE COHEN LAW, PC
   501 Santa Monica Blvd., Suite 700
4  Santa Monica, CA 90401
   Telephone:  (310) 566-4367
5  Facsimile:  (310) 432-4098
6
   Attorneys for Debtor in Possession
7
```

**FILED & ENTERED**

**FEB 01 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY johnson    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FRANKLIN PACIFIC FINANCE, LLLP.<br><br>Debtor. | Case No. 2:10-bk-30727 - VZ<br><br>Chapter 11<br><br>**ORDER AUTHORIZING AND APPROVING (A) THE ADEQUACY OF THE DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION; (B) FIXING DATE FOR FILING ACCEPTANCES OR REJECTIONS OF THE DEBTOR'S PLAN OF REORGANIZATION; (C) FIXING DEADLINE FOR FILING OBJECTIONS TO THE DEBTOR'S PLAN OF REORGANIZATION AND (D) FIXING DATE FOR HEARING ON CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**<br><br>Disclosure Statement Hearing:<br>Date:    January 20, 2011<br>Time:    1:30 p.m.<br>Place:   Courtroom "1368" |

The Debtor's Amended Disclosure Statement re Debtor's Plan of Reorganization filed by Franklin Pacific Finance, LLP, the Chapter 11 Debtor in the above-captioned case came on for continued hearing on January 20, 2011 at 1:30 p.m., in Courtroom 1368.

The Debtor appeared through its counsel of record, Leslie Cohen Law, P.C. by Leslie A. Cohen. Other appearances were made as noted in the Court's record.

The Court, having considered the adequacy of the Debtor's Amended Disclosure Statement brought pursuant to Bankruptcy Code section 1125, Rules 3017, 3018, and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3017-1 of the Local Bankruptcy Rules (the "Local Rules"), with the supporting Declaration of Stephen Collias; and finding the adequacy of the information contained in the Amended Disclosure Statement, having issued its ruling setting forth proposed edits to the Amended Disclosure Statement, and finding that proper Notice to all necessary persons as is required by law and is appropriate under the circumstances was given, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Debtor's Amended Disclosure Statement, as modified by the Court's ruling at the time of the hearing, is hereby approved.

2. On or before February 4, 2011, the Debtor shall transmit by first class mail to all creditors and interest holders and to the Office of the United States Trustee the "Debtor's Amended Disclosure Statement Describing Debtor's Chapter 11 Plan of Reorganization" (the "Disclosure Statement"), and Plan of Reorganization ("Plan"), together with the Notice of Hearing on the Confirmation of the Plan and ballot.

3. **Creditors who wish to vote on the Plan must return their ballots to accept or reject the Plan so that they are actually <u>received</u> by Leslie Cohen Law, P.C. (Attention: J'aime Williams) by no later than  March 7, 2011 at 5:00 p.m. Pacific Time (the "Balloting Deadline").** Any ballots received after the Balloting Deadline will not be counted. Creditors should return their ballots, in accordance with the instructions printed on the ballots, to the following address:

> Leslie Cohen Law, P.C.
> Attention: J'aime Williams
> 506 Santa Monica Blvd. Suite 200
> Santa Monica, CA 90401
> Facsimile:(310) 394-9280
> jaime@lesliecohenlaw.com

4. Preliminary objections to confirmation of the Plan may be made by any interested party regardless of whether or not the party may vote on the Plan. Any objections must be in writing, filed with the Court, and served upon counsel for the Debtor at the address set forth in the upper left-hand corner of the first page of this Order no later than March 7, 2011 at 5:00 p.m. Pacific Time.

1      5.    The Debtor shall file its Motion for order confirming the plan, including ballot tabulation and declaration of tabulator on or before March 14, 2011.

    6.    The Motion and notice need only be served on parties who voted on the plan or gave a preliminary objection, and the UST, and Mersel and his client – must include declaration establishing 1129 requirements – court fees and UST fees paid, cram down and other 1129 requirements, etc.

    7.    The Court will hold a hearing to consider confirmation of the Plan on <u>April 7, 2011, at 1:30 p.m. Pacific Time</u>, in Courtroom 1368 located at 255 E. Temple Street, Los Angeles, California 90, (the "Confirmation Hearing"). Objections to the Plan are due March 24, 2011. The Confirmation Hearing may be continued by announcement in open court without further notice to parties in interest.

    8.    The failure to timely file and serve an Objection to confirmation of the Plan may be deemed by the Court to be consent to Plan confirmation, and any evidence that is not timely filed and served may be stricken from the record and may not be considered in determining whether the Plan should be confirmed.

PRESENTED BY:

LESLIE COHEN LAW, PC

By:    <u>/s/ Leslie A. Cohen</u>
    LESLIE A. COHEN
    Attorneys for Debtor and Debtor in Possession

###

DATED: February 1, 2011

_____
United States Bankruptcy Judge

3
Order re Disclosure Statement

| In re:<br>FRANKLIN PACIFIC FINANCE, LLLP | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-30727-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document described **ORDER AUTHORIZING AND APPROVING (A) THE ADEQUACY OF THE DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION; (B) FIXING DATE FOR FILING ACCEPTANCES OR REJECTIONS OF THE DEBTOR'S PLAN OF REORGANIZATION; (C) FIXING DEADLINE FOR FILING OBJECTIONS TO THE DEBTOR'S PLAN OF REORGANIZATION AND (D) FIXING DATE FOR HEARING ON CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On __1/28/11__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hon. Vincent Zurzolo<br>US Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 | H. Mark Mersel<br>Bryan Cave LLP<br>3161 Michelson Drive, Suite 1500<br>Irvine, California 92612 | Sheri M. Kanesaka<br>Bryan Cave, LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386 |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/28/11 | Brian Link | /s/ Brian Link |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re:<br>FRANKLIN PACIFIC FINANCE, LLLP | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-30727-VZ |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING AND APPROVING (A) THE ADEQUACY OF THE DISCLOSURE STATEMENT DESCRIBING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION; (B) FIXING DATE FOR FILING ACCEPTANCES OR REJECTIONS OF THE DEBTOR'S PLAN OF REORGANIZATION; (C) FIXING DEADLINE FOR FILING OBJECTIONS TO THE DEBTOR'S PLAN OF REORGANIZATION AND (D) FIXING DATE FOR HEARING ON CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    1/28/11    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

    Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
    Sheri Kanesaka    sheri.kanesaka@bryancave.com
    Dare Law    dare.law@usdoj.gov
    William D May    dp@srwadelaw.com
    Christopher M McDermott    ecfcacb@piteduncan.com
    Hal M Mersel    mark.mersel@bryancave.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
    Stephen R Wade    dlr@srwadelaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

**ADDITIONAL SERVICE INFORMATION** (if needed)

Dare Law
Office of United States Trustee
725 S Figueroa Street
26th Floor
Los Angeles, CA 90017
**U.S. Trustee**

Franklin Pacific Finance, LLLP
429 Santa Monica Blvd., Suite 625
Santa Monica, CA 90401
**Debtor**

Securities Exchange Commission
450 5th Street, NW
Washington, DC 20549

Securities Exchange Commission
5670 Wilshire Blvd, 11th Floor
Los Angeles, CA 90036

A & M Cleaning
193 Valero Drive
San Marcos, TX 78666
**Creditor**

ANB Special Assets LLC
102 W Moore Ave
Terrell TX 75160
**Creditor**

Bank Midwest NA
100 Main
Kansas City MO 64196-6458
**Secured Creditor**

Bank Midwest, N,.A.
c/o H. Mark Mersel, Esq.
BRYAN CAVE LLP
3161 Michelson Drive, Suite 1500
Irvine, CA 92612
**Attorneys for Secured Creditor**

Bonnett, Fairbourn, Freedman Etc
2901 N Central Ave
Ste 1000
Phoenix AZ 85012
**Creditor**

C&J Painting & Carpet Cleaning
POBox 200573
Austin, TX 78720
**Creditor**

CSN Support Services
252 McGarity
Kyle, TX 78640
**Creditor**

Capstone Management
210 Barton Springs Rd
Ste 300
Austin TX 78704
**Interested Party**

Century 21 All-Pro
6789 N National Dr
Kansas City MO 64152
**Interested Party**

City of Colleyville
PO Box 13430
Arlington TX 76094-0430
**Creditor**

City of Colleyville, Grapevine-Colleyville ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott
P O Box 13430
Arlington, TX 76094-0430
**Special Notice**

Classified Ventures
2563 Collections Center Drive
Chicago, IL 60693
**Creditor**

Cleaning Network
POBox 41975
Austin, TX 78704
**Creditor**

Colette Franklin Tax Assessor
3075 Mustang Dr
Grapevine TX 76051
**Creditor**

Cowboys Painting
15405 Connie Street, #B
Austin, TX 78728
**Creditor**

Enbody Inc
14431 Ventura Blvd
Ste 269
Sherman Oaks CA 91423
**Interested Party**

6

Frank's Painting
110 N 1H 35
Suite 315-189
Round Rock, TX 78664
**Creditor**

Gary L Hall
110 E Wilshire Ave Ste 405
Fullerton CA 92832
**Interested Party**

Grapevine-Colleyville Independent
School District
PO Box 13430
Arlington TX 76094-0430
**Creditor**

Green Grass
5333 Randolph Blvd.
San Antonio, TX 78233
**Creditor**

Greensheet
POBox 140721
Austin, TX 78704
**Creditor**

HD Supply Facilities Maint. Group
10641 Scripps Summit Court
San Diego, CA 92131
**Creditor**

Hartford Fire Insurance Co.
Bankruptcy Unit, T-1-55
Hartford Plaza
Hartford CT 06115
**Creditor**

Integrated Data
220 21st Place
Manhattan Beach Ca 90266
**Creditor**

J4 Development
2808 Longhorn Blvd., Suite 306
Austin, TX 78758
**Creditor**

Premium Cuts Lawn Svc & Maint.
POBox 820108
Austin, TX 78708
**Creditor**

Rasa Floors
POBox 619130
Dallas, TX 75261
**Creditor**

Rasa Floors & Carpet Cleaning, LLC
3710 Rawlins Ste 1300
Dallas TX 75219
**Creditor**

SAA Architects
6083 Bristol Parkway
Culver City CA 90230
**Creditor**

Sandra Green
6789 N National Dr
Kansas City MO 64152
**Creditor**

South Central Texas Apt. Blue Book
112 West Hopkins Street
San Marcos, TX 78666
**Creditor**

Stephen J Collias
429 Santa Monica Blvd
Ste 625
Santa Monica CA 90401
**Interested Party**

Sunset Carpet Care
POBox 142342
Austin, TX 78714
**Creditor**

Washington Mutual Bank (Chase)
POB 78148
Phoenix AZ 85062-8148
**Secured Creditor**

Wilmar
POBox 404284
Atlanta, GA 30384
**Creditor**

Worldwide Pest Control
5808 1H 10 West
San Antonio, TX 78201
**Creditor**

Wyndelts & Gagnon
4800 N Scottsdale Rd
Ste 1400
Scottsdale AZ 85251
**Interested Party**