United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 10-30727-VZ
Franklin Pacific Finance, LLLP                                          Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2           User: admin              Page 1 of 1           Date Rcvd: Apr 04, 2011
                               Form ID: pdf031         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2011.
db         +Franklin Pacific Finance, LLLP,   429 Santa Monica Blvd Ste 625,   Santa Monica, CA 90401-3438
intp        City of Colleyville, Grapevine-Colleyville ISD,   c/o Elizabeth Banda Calvo,
             Perdue, Brandon, Fielder, Collins & Mott,   P O Box 13430,   Arlington, TX  76094-0430
cr         +DACA 2010L, LP,   1565 hotel circle south,   san diego, ca 92108-3416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: HJustus@daca4.com Apr 05 2011 02:11:16     DACA 2010L, LP,   1565 hotel circle south,
             san diego, ca 92108-3416
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Leslie A Cohen,   Leslie Cohen Law PC,   506 Santa Monica Blvd Ste 200
cr          Bank Midwest, N.A.
br          CENTURY 21
sp          Capstone Real Estate Services Inc
sp          Cara Hagan of Hagan & Associates
intp        Courtesy NEF
lit         Dennis Williams
cr          Deutsche Bank, National Trust Company as trustee f
acc         Justin Enbody and Enbody Inc
sp          Michael Widener,   Bonnett, Fairbourn Friedman & Balint PC
                                                                             TOTALS: 10, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 06, 2011**                **Signature:** *Joseph Speetjens*

```
 1 | Leslie A. Cohen, Esq. (SBN 93698)
   | Leslie Cohen Law, P.C.
 2 | 506 Santa Monica Blvd. Ste 200
   | Santa Monica, CA 90401
 3 | Telephone: 310.394-5900
   | Facsimile: 310.394-9280
 4 | leslie@lesliecohenlaw.com
 5 | Successor Attorneys
   | for Debtor in Possession
 6 |
 7 |
```

**FILED & ENTERED**

**APR 04 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY speters    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re                                                )    Case No. 2:10-BK-30727-VZ
                                                     )
FRANKLIN PACIFIC FINANCE, LLLP,                      )    Chapter 11
                                                     )
                Debtor and                           )    **ORDER GRANTING MOTION TO REJECT**
                Debtor in Possession                 )    **LEASE AGREEMENT WITH COINMACH**
                                                     )    **CORPORATION**
                                                     )
                                                     )
                                                     )
                                                     )
                                                     )    Date: March 22, 2011
                                                     )    Time: 11:00 a.m.
                                                     )    Courtroom: 1368
                                                     )

1

The Court having considered the Motion to Reject Lease Agreement ("Motion") filed by the Debtor and Debtor in Possession, the exhibits attached to thereto and the Declaration and of Stephen Collias in support of the Motion, there being no opposition thereto, and the Court finding notice of this matter is appropriate under the circumstances and good cause appearing therefore:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted;

2. The lease agreement between the Debtor and COINMACH Corporation relating to the laundry facilities at its Shalamar Apartment complex is hereby rejected;

3. The Debtor is authorized to take any and all additional actions and execute such documents as may be necessary and/or appropriate in furtherance of the rejection.

###

DATED: April 4, 2011

_____
United States Bankruptcy Judge

2

| In re:<br>FRANKLIN PACIFIC FINANCE, LLLP | Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:10-bk-30727-VZ |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION TO REJECT LEASE AGREEMENT WITH COINMACH CORPORATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On __3/23/11__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Hon. Vincent Zurzolo<br>US Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 | H. Mark Mersel<br>Bryan Cave LLP<br>3161 Michelson Drive, Suite 1500<br>Irvine, California 92612 | Coinmach Corporation<br>3201 W. Royal Lane<br>Suite 100<br>Irving, TX 75063 |
|---|---|---|

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/23/11 | Brian Link | /s/ Brian Link |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                    **F 9013-3.1**

| In re:<br>FRANKLIN PACIFIC FINANCE, LLLP | | |
|---|---|---|
| | | CHAPTER: 11 |
| | Debtor(s). | CASE NUMBER: 2:10-bk-30727-VZ |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION TO REJECT LEASE AGREEMENT WITH COINMACH CORPORATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of     3/23/11                              , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

 Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
 Sheri Kanesaka sheri.kanesaka@bryancave.com
 Dare Law dare.law@usdoj.gov
 William D May dp@srwadelaw.com
 Christopher M McDermott ecfcacb@piteduncan.com
 Hal M Mersel mark.mersel@bryancave.com
 United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
 Stephen R Wade dp@srwadelaw.com
☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 9021-1.1**

**ADDITIONAL SERVICE INFORMATION** (if needed)

Franklin Pacific Finance, LLLP
429 Santa Monica Blvd., Suite 625
Santa Monica, CA 90401
**Debtor**

Dare Law
Office of United States Trustee
725 S Figueroa Street, 26th Floor
Los Angeles, CA 90017
**US Trustee**

City of Colleyville, Grapevine-
Colleyville ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins &
Mott
P O Box 13430
Arlington, TX 76094-0430
**Secured Tax Creditor**

City of Fort Mitchell, Kentucky
2355 Dixie Highway
Fort Mitchell, KY 41017
**Secured Tax Creditor**

Kenton County Taxes
Kenton County Building
303 Court Street, Suite 409
Covington, KY 41011
**Secured Tax Creditor**

A&M Cleaning
193 Valero Drive
San Marcos, TX 78666
**20 Largest Unsecured**

C&J Painting & Carpet
POBox 200573
Austin, TX 78720
**20 Largest Unsecured**

Classified Ventures
2563 Collections Center Drive
Chicago, IL 60693
**20 Largest Unsecured**

Cleaning Network
POBox 41975
Austin, TX 78704
**20 Largest Unsecured**

Cowboys Painting
15405 Connie Street, #B
Austin, TX 78728
**20 Largest Unsecured**

CSN Support Services
252 McGarity
Kyle, TX 78640
**20 Largest Unsecured**

Frank's painting
110 N 1H 35
Suite 315-189
Round Rock, TX 78664
**20 Largest Unsecured**

Green Grass
5333 Randolph Blvd.
San Antonio, TX 78233
**20 Largest Unsecured**

Greensheet
POBox 140721
Austin, TX 78704
**20 Largest Unsecured**

HD Supply Facilities Maintenance
10641 Scripps Summit Court
San Diego, CA 92131
**20 Largest Unsecured**

J4 Development
2808 Longhorn Blvd., Suite 306
Austin, TX 78758
**20 Largest Unsecured**

Premium Cuts Lawn Service and
Maintenance
POBox 820108
Austin, TX 78708
**20 Largest Unsecured**

Rasa Floors
POBox 619130
Dallas, TX 75261
**20 Largest Unsecured**

South Central Texas Apt. Blue Book
112 West Hopkins Street
San Marcos, TX 78666
**20 Largest Unsecured**

Sunset Carpet Care
POBox 142342
Austin, TX 78714
**20 Largest Unsecured**

Wilmar
POBox 404284
Atlanta, GA 30384
**20 Largest Unsecured**

Worldwide Pest Control
5808 1H 10 West
San Antonio, TX 78201
**20 Largest Unsecured**