# JUDGE'S INSTRUCTIONS FOR ENTERING DISCHARGE IN CHAPTER 11 CASES

**FILED APR - 7 2011** CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy Clerk

**ENTERED APR 13 2011** CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy Clerk

DEBTOR'S NAME: Franklin Pacific Finance

CASE NO.: 2:10-bk-30727-VZ

PLEASE ENTER AND CAUSE TO BE SERVED ON ALL CREDITORS AND PARTIES IN INTEREST AN ORDER OF DISCHARGE

- [x] ON THE SAME DATE AS THE ENTRY OF THE ORDER CONFIRMING THE CHAPTER 11 PLAN;

- [x] ON 5/2/11, THE EFFECTIVE DATE OF THE PLAN;

- [ ] UPON THE GRANTING OF A MOTION FOR ORDER OF DISCHARGE;

- [ ] CONCURRENTLY WITH THE ENTRY OF THE FINAL DECREE;

- [ ] OTHER: _____

- [ ] NO DISCHARGE WILL BE ENTERED BECAUSE THE DEBTOR IS NOT ELIGIBLE FOR ONE.

**Docketing Instructions:**

1. Docket the Order Confirming Plan using event code *Order Confirming Chapter 11 Plan*, and if applicable the Post Confirmation Status Conference Hearing using event code *Post Confirmation Status Conference*.

2. Docket the Judge's Instructions form regarding Chapter 11 discharge using event code *Judges Instructions for Entering Chapter 11 Discharge* ensuring to enter the specific instruction in secondary text.

Judge: Zurzo

Judge's Signature: _____

Date signed: 4/7/11

March 2010